**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BEST DEALS ON TV, INC., *et al.*, | No. C 07-1610 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 15] |
| MOHTASHIM NAVEED, *et al.*, | |
| Defendants. | |

The defendants' *ex parte* motion for an enlargement of time to respond to the order to show cause [Docket No. 15] is GRANTED. The defendants may file an opposition to the requested preliminary injunction by the close of business on April 5, 2007. The plaintiffs may file a reply by April 9, 2007. The hearing on the plaintiffs' motion for a preliminary injunction will be rescheduled to April 12, 2007, at 9 AM.

IT IS SO ORDERED.

April 3, 2007

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge