1  FRED M. BLUM, ESQ. (SBN 101586–FBlum@bmeblaw.com)
   JOSEPH B. ADAMS, ESQ. (SBN 194964–JAdams@bmeblaw.com)
2  REBECCA K. KIMURA, ESQ. (SBN 220420–RKimura@bmeblaw.com)
   **BASSI, MARTINI, EDLIN & BLUM LLP**
3  351 California Street, Suite 200
   San Francisco, CA 94104
4  Telephone:    (415) 397-9006
   Facsimile:    (415) 397-1339
5
   Attorneys for PLAINTIFFS
6  **BEST DEALS ON TV, INC., REGALCOM, INC., 3ZNET, INC., SONDOS FUND MANAGEMENT, LLC, AND MUHAMMAD ASLAM MUGHAL**
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11 | BEST DEALS ON TV, INC., A California      )   CASE NO.   C 07-1610 (SBA)
   | Corporation; REGALCOM, INC., A California )
12 | Corporation; 3ZNET, INC., A California    )
   | Corporation; SONDOS FUND                  )
13 | MANAGEMENT, LLC, A California Limited     )   **PRELIMINARY INJUNCTION**
   | Liability Company; MUHAMMAD ASLAM         )
14 | MUGHAL, An Individual,                    )
                                               )
15 |             Plaintiffs,                   )
                                               )
16 |       vs.                                 )
                                               )
17 | MOHTASHIM NAVEED, An Individual;          )
   | QAMAR ALI KHAN, An Individual;            )
18 | ASMATULLAH KHAN, An Individual; MIAN      )
   | NAEEM UDDIN, An Individual,               )
19                                             )
                 Defendants.                   )
20 | _____   )

1 | **I.**     **INTRODUCTION.**

2      The Petition filed by plaintiffs <u>BEST DEALS ON TV, INC</u>. ("BEST DEALS"),
3 <u>REGALCOM, INC.</u> ("REGALCOM"), <u>3ZNET, INC.</u> ("3ZNET"), <u>SONDOS FUND</u>
4 <u>MANAGEMENT, LLC</u> ("SONDOS"), and <u>MUHAMMAD ASLAM MUGHAL</u> ("MUGHAL")
5 (collectively the Plaintiffs will be referred to herein as the "PLAINTIFFS"), for a Preliminary
6 Injunction came on for hearing on **April 12, 2007, at 9:00 a.m.**

8 | **II.**     **ISSUES RAISED AND RELIEF SOUGHT.**

9      PLAINTIFFS allege that defendants MOHTASHIM NAVEED, QAMAR ALI KHAN,
10 ASMATULLAH KHAN, and MIAN NAEEM UDDIN, (hereinafter these Defendants, along
11 with their agents, servants, employees, and anyone acting on concert with them, are collectively
12 referred to as the "DEFENDANTS") and each of them, are in unlawful possession of
13 PLAINTIFFS' business premises, facilities, web sites, inventory, computers and other assets–at
14 the exclusion and detriment of PLAINTIFFS.

15      PLAINTIFFS seek an order enjoining DEFENDANTS and restoring possession of the
16 business premises and all assets therein to PLAINTIFFS, including but not limited to:

17     A.     Prohibiting DEFENDANTS from entering, or coming within one-thousand
18            (1000) feet, of the business offices of BEST DEALS, REGALCOM, 3ZNET,
19            and/or SONDOS, located at: 5696 Stewart Avenue, Fremont, California
20            (collectively referred to hereinafter as "The Businesses");
21     B.     Prohibiting DEFENDANTS from using–or accessing remotely–any business
22            machines, computers, web sites, servers, on-line accounts, trade secrets,
23            marketing materials, or other business facilities, assets and information
24            technologies of The Businesses;
25     C.     Ordering DEFENDANTS to return and refund immediately–within 24 hours of
26            entry of this Order–any and all business property DEFENDANTS have in their
27            possession, including, but not limited to: security passwords, copyrighted
28            materials, customer lists, marketing materials, software and/or programming

|   |   |   |
|---|---|---|
| 1 |  | code, office keys, parking permits, identification/access cards, corporate vehicles, |
| 2 |  | corporate credit cards for The Businesses, and any other property of |
| 3 |  | PLAINTIFFS issued to DEFENDANTS as employees of PLAINTIFFS, or to |
| 4 |  | which DEFENDANTS had access; |
| 5 | D. | Granting PLAINTIFFS possession and custody of the entire property and/or |
| 6 |  | assets of The Businesses, to be held by PLAINTIFFS or PLAINTIFFS' nominee; |
| 7 | E. | Granting PLAINTIFFS and their attorneys Bassi, Martini, Edlin & Blum, LLP, |
| 8 |  | and/or their agents, access to, and control over, BEST DEALS and |
| 9 |  | REGALCOM'S post office boxes, as well as any and all mail, post, and/or other |
| 10 |  | parcels delivered or remaining therein, located at: |

        (1)    PostNet Postal & Business Services
                  5178 Mowry Ave., Box #2100
                  Fremont, California 94538

        and

        (2)    Post Office Box #3385
                  Fremont, California, 94539

       F.    Relieving PLAINTIFFS of the provisions of Federal Rules of Civil Procedure Rule 26, for the purpose of immediately serving discovery upon third party financial institutions.

### III. **FINDINGS.**

The Court having read the Petition, Response papers, and the Reply memorandum, and having considered the evidence presented therein, makes the following findings in support of GRANTING the Preliminary Injunction:

(1)    DEFENDANTS hold no proprietary interest or occupancy rights to The Business premises located at 5696 Stewart Avenue, Fremont, California;

(2)    DEFENDANTS hold no proprietary interest in BEST DEALS, REGALCOM, 3ZNET, or SONDOS;

(3)    MUGHAL has demonstrated his proprietary interest in BEST DEALS, REGALCOM, 3ZNET, or SONDOS;

1  (4)  Best Deals on TV, Inc. and Regalcom, Inc. have demonstrated occupancy rights to the premises located at 5696 Stewart Avenue, Fremont, California;

(5)  PLAINTIFFS have demonstrated a *prima facie* showing of a likelihood of success on the merits of their Trespass claims against DEFENDANTS.

## **ORDER**

Accordingly, the Court hereby **GRANTS** PLAINTIFFS' petition for Preliminary Injunction and enjoins DEFENDANTS as follows:

A.  DEFENDANTS are prohibited from entering the business offices of BEST DEALS, REGALCOM, 3ZNET, and/or SONDOS, located at: 5696 Stewart Avenue, Fremont, California (collectively referred to hereinafter as "The Businesses");

B.  DEFENDANTS are prohibited from using–or accessing remotely–any business machines, computers, web sites, servers, on-line accounts, trade secrets, marketing materials, or other business facilities, assets and information technologies of The Businesses;

C.  DEFENDANTS are ordered to return immediately–within 24 hours of entry of this Order–any and all business property DEFENDANTS have in their possession, including, but not limited to: security passwords, copyrighted materials, customer lists, marketing materials, software and/or programming code, office keys, parking permits, identification/access cards, corporate vehicles, corporate credit cards for The Businesses, and any other property of PLAINTIFFS issued to DEFENDANTS as employees of PLAINTIFFS, or to which DEFENDANTS had access.  As to American Express Business Platinum Card number 372714012191009 issued to Mian Naeem Uddin and 3ZNet, Inc., said card shall be cancelled no later than 1 P.M. on April 12, 2007.

The Court further order as follows:

D.  PLAINTIFFS are granted possession and custody of the entire property and/or

1  assets of The Businesses, to be held by PLAINTIFFS or PLAINTIFFS' nominee,
2  as Custodians for the property during the entire pendency of this Order;
3  E.  PLAINTIFFS, or PLAINTIFFS' nomine, are granted access to, and control over,
4  BEST DEALS and REGALCOM'S post office boxes, as well as any and all mail,
5  post, and/or other parcels delivered or remaining therein, located at:
6  (1)  PostNet Postal & Business Services
     5178 Mowry Ave., Box #2100
7    Fremont, California 94538
8  and
9  (2)  Post Office Box #3385
     Fremont, California, 94539
10
11 F.  The Parties are hereby relieved of the provisions of Federal Rules of Civil
12 Procedure Rule 26, for the purpose of immediately obtaining discovery from third
13 party financial institutions.
14 **This Order shall remain in effect for the pendency of this action, or until such time**
15 **as the Court deems fit.**
16
17 **IT IS SO ORDERED.**
18
19 DATED: April 12, 2007    _____
                            HON. SAUNDRA BROWN ARMSTRONG
20                          JUDGE OF THE UNITED STATES
                            DISTRICT COURT, NORTHERN
                            DISTRICT OF CALIFORNIA