1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

2

3

BEST DEALS ON TV, INC., *et al.*,                    No.  C 07-1610 SBA

4

Plaintiffs,                    **ORDER**

5

v.                                            [Docket No. 66]

6

MOHTASHIM NAVEED, *et al.*,

7

Defendants.

8

9

10

        For the reasons stated on the record at the hearing held on September 25, 2007, the Court's order

to show cause [Docket No. 97] is SET ASIDE.  The plaintiffs' motion for an order to show cause

11

regarding contempt of the preliminary injunction [Docket No. 66] is DENIED.

12

13

        September 25, 2007                         _____

14                                                        Saundra Brown Armstrong
                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28