UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST DEALS ON TV INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> MOHTASHIM NAVEED, et al., <br><br> Defendant(s). | No. C07-1610 SBA (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO:  Plaintiffs/Defendants and their attorney(s) of record:

On October 24, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 24, 2008. Your statement was due July 17, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiffs/defendants and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 21, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\BEST DEALS.LATE PAPERS.wpd

1