# BASSI MARTINI EDLIN & BLUM LLP

351 CALIFORNIA STREET, SUITE 200, SAN FRANCISCO, CA 94104   TEL. 415-397-9006   FAX. 415-397-1339

WWW.BMEBLAW.COM

September 23, 2008



VIA FACSIMILE & U.S. MAIL
U.S. Magistrate Judge Bernard Zimmerman
United States District Court -- Northern District
United States Courthouse -- Federal Building
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   ***BEST DEALS ON TV, INC., et al. v. MOHTASHIM NAVEED, et al.***
United States District Court Northern District Case No. C 07-1610 (SBA)
Our Client:   BEST DEALS ON TV, INC.

Dear Judge Zimmerman:

I am submitting this letter to ask for an extension of time to appear for the Settlement Conference set for October 14, 2008 at 10:00 a.m. due to the fact that I will be in trial that week. If possible, I would like to appear October 21 or 22, 2008. Please let me know if this can be arranged. I have spoken with the other attorney, Stan Blyth and he is available October 21, 22, 23 or 24, 2008. After that he will be in trial for at least three weeks.

Thank you for your consideration in this matter.

Very truly yours,

BASSI, MARTINI, EDLIN & BLUM LLP

FRED BLUM

FMB/rw

10/6/2008

DENIED - Parties have not agreed to alternate date acceptable to the court. Settlement Conference Statements shall be lodged IMMEDIATELY.

[Seal: United States District Court, Northern District of California — DENIED, signed Judge Bernard Zimmerman]